**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEVE D. PHEGLEY, | ) | No. EDCV 07-00366 SS |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration | ) | |
| Defendant. | ) | |

    IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: March 4, 2008.                                                         /S/

                                                                      _____

                                                                     SUZANNE H. SEGAL
                                                  UNITED STATES MAGISTRATE JUDGE